**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| In re:   Robert Locke Elliott, Jr. | ) | Chapter           13 |
| | ) | Case No.       19-50221 |
| Debtor(s) | ) | |

**NOTICE OF INQUIRY**

On 6/17/2019 Suad Bektic filed a petition/pleading in the above case. See docket entry #41. The petition/pleading is deficient as set forth below.

☐ Form   required but not filed.
☐ Pleading improperly styled/formatted (caption, size, margins). *See Local Rule 5005-3.*
☐ PDF not flattened. *See Attorney Guidelines on Court's website.*
☐ Corporate Resolution not filed with Chapter 11 petition. *Required by Local Rule 1002-1 and Local Rule 1074-1.*
☐ NAICS Code not included on petition or not typed in during opening of a business case. *See Attorney Guidelines on Court's website.*
☐ Certificate of Credit Counseling docketed with petition. Must be docketed separately
☐ Certification of Compliance with 11 USC *§* 1328 filed. Financial Management Course Certificate required but not filed. Case may be closed without discharge.
☐ Incorrect/Incomplete case number, case name, chapter on pleading, date on pleading, or incorrect hearing time.
☐ Exhibits referenced in pleading but not attached/filed.
☐ Notice of Appearance and Request for Notices filed but creditor name and address not added to CM/ECF during docketing.
☐ Docket entry #  incomplete/unreadable or PDF image uploaded incorrectly.
☐ Docket entry #  not properly related.
☐ Pleading relates to matter set for hearing, but docket entry has incorrect or incomplete hearing information.
☐ Objection to Claims filed. Objection appears not to comply with FRBP 3007(c).
☐ No Certification Regarding Balance of Schedules filed. See Local Rule 1007-1.
☐ No Certification Regarding Amended Schedules or Statements filed.  See Local Rule 1009-1.
☑ Pleading does not match docket text.  **Incorrect hearing date on amended cover sheet.**
☐ Document/pleading not signed.

☐ Other:  .

This inquiry is for notice only. Please take the corrective action that you deem appropriate.

Dated:         June 18, 2019

James W. Reynolds, Clerk
U.S. Bankruptcy Court

By:            /s/Ginger Rose
                Deputy Clerk